IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEROME SCOTT,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

  Appellant,

v.

CASE NO. 1D14-5146

STATE OF FLORIDA,

  Appellee.

_____/

Opinion filed February 24, 2015.

An appeal from an order of the Circuit Court for Jefferson County.
Karen A. Gievers, Judge.

Jerome Scott, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

  AFFIRMED.

MARSTILLER, RAY, and SWANSON, JJ., CONCUR.